"UNDER SEAL"

FILED
CHARLOTTE, NC

JUN 19 2020

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO. 5:20-CR-46-KDB |
| v. | UNDER SEAL |
| **JONATHAN COREY DANIEL, ET AL** | **ORDER TO SEAL THE INDICTMENT** |

UPON MOTION of the United States of America, by and through R. ANDREW MURRAY, United States Attorney for the Western District of North Carolina, for an Order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court.

IT IS HEREBY ORDERED that the Indictment, Motion to Seal and this Order, be sealed until further Order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED** this 19th day of June 2020.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA