IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:20-CR-00046-KDB-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JONATHAN COREY DANIEL, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Seal" (Doc. No. 466) filed June 30, 2022. On July 7, 2022, the "United States' Response to Defendant's Request to Seal Documents" (Doc. No. 467) was filed. For the reasons set forth in the United States' Response, the Motion will be <u>granted</u> as detailed below.

The Clerk is directed to seal the United States' Response (Doc. No. 438), the Defendant's Motion Requesting Court Order to Compel Government to Disclose Brady Material (Doc. No. 455), the Defendant's Motion to Seal a Motion and Attachments (Doc. No. 456), the United States' Response (Doc. No. 459), and the current Motion and Attachment (Doc. No. 466). Additionally, sealed documents will remain sealed until further Order of the Court.

The Clerk is directed to send copies of this Order to Defendant, the U.S. Attorney and to the Honorable Kenneth D. Bell.

**SO ORDERED**.   Signed: July 8, 2022

_____
David S. Cayer
United States Magistrate Judge